DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane WA 99201-1315
(509) 747-8481

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: ) | |
| ) | CASE NO. 06-02509-PCW13 |
| Cannata, George A. ) | |
| Cannata, Katherine E. ) | ORDER |
| Debtor(s). ) | OF DISMISSAL |

THIS MATTER having come before the court on the Trustee's Motion to Dismiss for Non-payment filed July 29, 2010, the Stipulation Re: Motion to Dismiss for Non-payment filed September 9, 2010, and it appearing that the debtors have failed to abide by both provisions contained within the Stipulation Re: Motion to Dismiss for Non-payment, it is hereby,

ORDERED that the above-entitled proceeding is dismissed.

Presented By:
DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE

By: _____

_____
Patricia C. Williams
Bankruptcy Judge

01/21/2011 10:40:58

ORDER OF DISMISSAL